**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WAEL MUHAMMAD BAZZI,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA M. GACKI, in her official Capacity as Director of the U.S. Department of the Treasury Office of Foreign Assets Control,<br><br>and<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL,<br><br>Defendants. | ) | Civil Action No. 1:19-cv-1940 (TNM) |

**JOINT MOTION FOR SCHEDULING ORDER**

Plaintiff and Defendants jointly move for an order that excuses Defendants from any obligation to file an Answer and for a scheduling order in this action to set (1) a deadline for Defendants to transmit to Plaintiff the administrative record and file the certified list of contents of that record with the Court, (2) a deadline for Plaintiff to amend his Complaint, and (3) a briefing schedule for dispositive motions.

On June 27, 2019, Plaintiff filed the instant Complaint, challenging his placement by the Office of the Foreign Assets Control on the Specially Designated Nationals and Blocked Persons List ("SDN List") as a violation of the Administrative Procedure Act ("APA"). Because Plaintiff brings an APA challenge to Defendants' decision to place him on the SDN List, Defendants

intend to transmit to Plaintiff the administrative record, as well as to file the certified list of contents of that record with this Court. *See* Local Rule 7(n). Plaintiff's counsel has indicated that Plaintiff intends to amend his Complaint upon review of the administrative record. The parties consent to Plaintiff's intended amendment of his Complaint. *See* Fed. R. Civ. P. 15(a)(2). After discussing the matter and agreeing that it would allow this matter to be resolved more efficiently, the parties agree that Defendants should be excused from any obligation to file an Answer to Plaintiff's initial Complaint or to any amended Complaint that Plaintiff may file.

Moreover, to allow sufficient time for Plaintiff to amend, the parties propose that the Court enter a scheduling order requiring Defendants to transmit to Plaintiff's counsel the administrative record and to file the certified list of contents of that record with this Court on or before September 30, 2019, and for Plaintiff to file any amendment to his Complaint by October 14, 2019.

The parties anticipate filing dispositive motions that include arguments pursuant to Federal Rules of Civil Procedure 56 and/or 12 as appropriate. The parties therefore jointly propose a schedule such that Defendants' dispositive motion is due no later than November 12, 2019; Plaintiff's combined cross-motion for summary judgment and opposition to Defendants' dispositive motion is due no later than December 10, 2019; Defendants' combined reply in support of their dispositive motion and opposition to Plaintiff's motion for summary judgment is due no later than January 7, 2019; and Plaintiff's reply in support of his motion for summary judgment is due no later than January 14, 2019.

A proposed order is attached.

Dated: August 30, 2019

/s/ Erich C. Ferrari
Erich C. Ferrari, Esq.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
DC Bar No. 978253

*Attorney for Plaintiff*

DIANE KELLEHER
Assistant Director, Federal Programs Branch

/s/ Kevin M. Snell
KEVIN M. SNELL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Tel.: (202) 305-0924
Fax: (202) 616-8460
E-mail: Kevin.Snell@usdoj.gov

*Attorneys for Defendants*