**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WAEL MUHAMMAD BAZZI,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA M. GACKI, in her official Capacity as Director of the U.S. Department of the Treasury Office of Foreign Assets Control,<br><br>and<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL,<br><br>Defendants. | ) | Civil Action No. 1:19-cv-1940 (TNM) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion for Scheduling Order, it is hereby ordered that the parties' motion is **GRANTED**. The following schedule is entered:

- Defendants will transmit to Plaintiff's counsel the administrative record and file the certified list of contents of that record with this Court on or before September 30, 2019;
- Plaintiff will file any amended Complaint on or before October 14, 2019;
- Defendants' dispositive motion is due on or before than November 12, 2019;
- Plaintiff's combined cross-motion for summary judgment and opposition to Defendants' dispositive motion is due on or before December 10, 2019;

- Defendants' combined reply in support of their dispositive motion and opposition to Plaintiff's motion for summary judgment is due on or before January 7, 2019;
- Plaintiff's reply in support of his motion for summary judgment is due on or before January 14, 2019.

Defendants are hereby **EXCUSED** from any obligation to file an Answer to Plaintiff's Complaint or to any Amended Complaint that Plaintiff may file.

**SO ORDERED**.

| | |
|---|---|
| ______________________ | ______________________ |
| Date | TREVOR N. MCFADDEN<br>United States District Judge |

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER**

Pursuant to LCvR 7(k), the following attorneys are entitled to be notified of the entry of the foregoing:

Erich C. Ferrari
Ferrari & Associates, P.C.
1455 Pennsylvania Ave, NW
Suite 400
Washington, DC 20004
phone: (202) 280-6370
fax: (877) 448-4885
email: Ferrari@ferrariassociatespc.com

Kevin Snell
Federal Programs Branch, Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington DC 20530
phone: (202) 305-0924
fax: (202) 616-8460
email: Kevin.Snell@usdoj.gov