UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WAEL MUHAMMAD BAZZI<br><br>    *Plaintiff,*<br><br>v.<br><br>ANDREA M. GACKI, *et al.*<br><br>    *Defendants.* | Civil Action No. 1:19-cv-01940 (TNM) |

## JOINT APPENDIX

Pursuant to LCvR 7(n), Plaintiff hereby provides a joint appendix containing copies of those portions of the administrative record that are cited or otherwise relied upon in the memoranda in support of or in opposition to the dispositive motions at issue.

As Plaintiff claims that the redacted administrative record disclosed by Defendants constitutes inadequate notice and deprives him of a meaningful opportunity to respond, rebut, or otherwise correct the allegations relied upon for his designation, the joint appendix contains the full administrative record that was disclosed to Plaintiff. This joint appendix has been agreed to by the parties consistent with LCvR 7(n)(2).

Consistent with Paragraph 15 of this Court's Standing Order, Plaintiff will provide two courtesy copies of this submission to the Court.

Dated: January 28, 2020         Respectfully submitted,

/s/ Erich C. Ferrari            JOSEPH H. HUNT
ERICH C. FERRARI           Assistant Attorney General
Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW       DIANE KELLEHER
Suite 400                Assistant Branch Director

Washington, D.C. 20004  
Telephone: (202) 280-6370  
Fax: (877) 448-4885  
Email: ferrari@falawpc.com  
DC Bar No. 978253

/s/ Kevin Snell  
KEVIN SNELL  
Trial Attorney  
United States Department of Justice  
Civil Division, Federal Programs Branch  
1100 L Street, N.W.  
Washington, DC 20005  
Tel: (202) 305-0924  
Fax: (202) 616-8460  
Email:  Kevin.Snell@usdoj.gov