**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WAEL MUHAMMAD BAZZI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Civil Action No. 1:19-cv-1940 (TNM) <br> ANDREA M. GACKI, in her official ) <br> Capacity as Director of the U.S. ) <br> Department of the Treasury Office of ) <br> Foreign Assets Control, ) <br> ) <br> and ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> THE TREASURY, OFFICE OF FOREIGN ) <br> ASSETS CONTROL, ) <br> ) <br> Defendants. ) <br> ) | |

## NOTICE OF CLASSIFIED LODGING

Defendants, through undersigned counsel, hereby provide notice that today, January 28, 2020, the Government is lodging for submission classified information in support of their motion to dismiss or, in the alternative, for summary judgment, ECF No. 12, and in support of their opposition to Plaintiffs' cross-motion for summary judgment, ECF No. 16. This *ex parte*, *in camera* submission includes classified portions of the administrative record in this matter. *See* 50 U.S.C. § 1702(c) (permitting *ex parte*, *in camera* review of classified information used in designations pursuant to the International Emergency Economic Powers Act); Executive Order 13,526, 75 Fed. Reg. 707 (Dec. 29, 2009) (governing national security information). The submission is being lodged for secure

storage and for secure transmission to the Court (upon request) with the U.S. Department of Justice, Litigation Security Group, Washington, DC, (202) 514-9016.  The Court may contact undersigned counsel, or the Litigation Security Group, to assist in securing delivery of this submission for review at the Court's convenience.

Dated January 28, 2020 	Respectfully submitted,

	JOSEPH H. HUNT
	Assistant Attorney General

	DIANE KELLEHER
	Assistant Branch Director

	*/s/ Kevin Snell*
	KEVIN SNELL
	Trial Attorney
	United States Department of Justice
	Civil Division, Federal Programs Branch
	1100 L Street, N.W.
	Washington, DC 20005
	Tel: (202) 305-0924
	Fax: (202) 616-8460
	Email:  Kevin.Snell@usdoj.gov