**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WAEL MUHAMMAD BAZZI,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREA M. GACKI, in her official capacity as Director of the U.S. Department of the Treasury, Office of Foreign Assets Control, and UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL,<br><br>    Defendants. | Civil Action No. 19-cv-01940 (TNM) |

## <u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Defendants respectfully submit this Notice to inform the Court of another memorandum opinion issued by the United States District Court for the District of Columbia that bears on the issues in this case.  In *Rakhimov v. Gacki*, the court granted the government's motion to dismiss or, in the alternative, for summary judgment, holding that the Office of Foreign Assets Control ("OFAC") reasonably concluded that the plaintiff met the criteria for designation under Executive Order No. 13581, "Blocking Property of Transnational Criminal Organizations."  No. 19-2554 (JEB), 2020 WL 1911561 (April 20, 2020).  As an initial matter, the court dismissed the plaintiff's Fifth Amendment due process claim without reaching the merits.  *Id.* at *4-5.  As the court explained, dismissal was warranted because the plaintiff "'has not established <u>any</u> connection to the United States, let alone a substantial one.'"  *Id.* at *5 (quoting *Fulmen Co. v. OFAC*, No. 18-2949 (RJL), 2020 WL 1536341, at *5 (D.D.C. Mar. 31, 2020)); *see also id.* ("Because Rakhimov's own pleadings and submissions fail to allege the existence of even a

single piece of his property in the United States, or his presence here at any moment in time, the Court will grant Defendants' Motion to Dismiss Count II.").  In reaching this result, the court acknowledged that the plaintiff "allege[d] generally that [his] property and interests in property were 'blocked' as a result of his designation."  *Id.*  However, "[d]escribing the legal consequences of any person's addition to the SDN list . . . does not establish [the plaintiff's] substantial connections to the United States.  Were it otherwise, anyone challenging an OFAC designation would enjoy constitutional protections, regardless of the extent of her ties to this country."  *Id.* (citing *People's Mojahedin Org. of Iran v. U.S. Dep't of State*, 182 F.3d 17, 22 (D.C. Cir. 1999)).

The court in *Rakhimov* also rejected the plaintiff's claims that OFAC's designation decision contravened the Administrative Procedure Act ("APA").  *Id.* at *5-7.  The court in relevant part held that OFAC provided the plaintiff adequate notice of the basis for its decision.  *Id.* at *6-7.  In doing so, the court concluded that it "need not consider [the plaintiff's] alternative request that it impose the unprecedented remedy of mandating the issuance of an unclassified summary or allowing his counsel access to classified material."  *Id.* at *7 (citations omitted); *see also id.* ("It is well established, moreover, that the APA does not require OFAC to provide him with the classified or law-enforcement-privileged information supporting his designation." (citing *Sulemane v. Mnuchin*, No. 16-1822 (TJK), 2019 WL 77428, at *7 (D.D.C. Jan. 2, 2019))).

As in *Rakhimov*, absent from Plaintiff's Amended Complaint are any factual allegations that could plausibly support a finding that Plaintiff has any connections, let alone substantial connections with the United States.  Additionally, Defendants respectfully submit that the memorandum opinion in *Rakhimov* is relevant to resolving Plaintiff's assertion that OFAC needed to provide him an unclassified summary.  *See* Pl.'s Mem. of P. & A. at 17, ECF Nos. 13-

1, 14.  As in *Rakhimov*, the Court here should decline to grant such "unprecedented" relief.  2020

WL 1911561, at *7.

      Dated April 22, 2020                       Respectfully submitted,

                                                  JOSEPH H. HUNT
                                                  Assistant Attorney General

                                                  DIANE KELLEHER
                                                  Assistant Branch Director

                                                  */s/ Kevin Snell*
                                                  KEVIN SNELL
                                                  Trial Attorney
                                                  United States Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  1100 L Street, N.W.
                                                  Washington, DC 20005
                                                  Tel: (202) 305-0924
                                                  Fax: (202) 616-8460
                                                  Email:  Kevin.Snell@usdoj.gov

                                                  *Counsel for Defendants*