# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WAEL MUHAMMAD BAZZI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREA M. GACKI, in her official capacity as Director of the U.S. Department of the Treasury, Office of Foreign Assets Control, and UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL,<br><br>　　　　　Defendants. | Civil Action No. 19-cv-01940 (TNM) |

## REPLY TO PLAINTIFF'S RESPONSE TO
## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants notified this Court of the memorandum opinion from *Rakhimov v. Gacki*, No. 19-2554 (JEB), 2020 WL 1911561 (April 20, 2020), which bears on issues in this case but issued after briefing on the parties' dispositive cross-motions concluded. Plaintiff responded to that notice in part by claiming that the notice he received runs afoul of the "fundamental tenant of administrative law" articulated in *Tourus Records v. DEA*, 259 F.3d 731 (D.C. Cir. 2001). *See* Pl.'s Resp. at 3-4, ECF No. 25.

But neither party cited the nearly twenty-year old precedent of *Tourus* previously, and the case has nothing to do with *Rakhimov* or this action. *Tourus* addressed the "fundamental requirement . . . codified in section 6(d) of the APA, 5 U.S.C. § 555(e)," which requires an agency to provide a "brief statement of the grounds for den[ying]" "a written application, petition, or other request of an interested person made in connection with an agency proceeding." 259 F.3d at 737. *Rakimhov* did not involve or address such a denial, *see* 2020 WL 1911561, at *7, and Plaintiff has

similarly acknowledged here that "§ 555(e) of the APA is not implicated." Pl.'s Mem. Points & Auths. at 22, ECF No. 13-1.

In any event, as Defendants previously explained, Plaintiff has received whatever notice is due under the APA, and the administrative record provides numerous facts that logically support his designation for acting for or on behalf of his designated father. *See, e.g.,*, Defs.' Stmt of Points & Auths. at 14, ECF No. 12-1 (providing examples, including forming a petroleum company to maintain father's access to oil industry). Bazzi's failure to rebut such facts does not mean he lacks notice of them.

Dated May 22, 2020                                    Respectfully submitted,

                                                                   JOSEPH H. HUNT
                                                                   Assistant Attorney General

                                                                  DIANE KELLEHER
                                                                  Assistant Branch Director

                                                                 */s/ Kevin Snell*
                                                                 KEVIN SNELL
                                                                Trial Attorney
                                                                United States Department of Justice
                                                                Civil Division, Federal Programs Branch
                                                                1100 L Street, N.W.
                                                                Washington, DC 20005
                                                                Tel: (202) 305-0924
                                                                Fax: (202) 616-8460
                                                                Email:  Kevin.Snell@usdoj.gov

                                                                *Counsel for Defendants*